

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FATMEH ABDALLAH ESTATE )
TAIEL ABDALLAH )
Plaintiff, )
)
v. ) Case No.
NASHER ENTERPRISE, LLC TEXAS )
NASHER ENTERPRISE.INC CALIFORNIA )
BUDNAS PROPERTIES )
ZIPCO INC )
DOMINIC LAM )
Defendant )
)
)

PETITION, CLAIM, AND COMPLAINT IN THE NATURE OF A SUIT FOR DAMAGES TO PROPERTY AND BUSINESS INTERESTS UNDER 18 USC 1964(a), FOR RACKETEER INFLUENCED CORRUPT ORGANIZATION ACTIVITY

I. FATMEH ABDALLAH ESTATE AND TAIEL ABDALLAH, hereinafter referred to as "the FATMEH ABDALLAH ESTATE" are residents and homesteaders in Texas who have been deprived of their rural homestead property and the business associated with their homestead property.

II. NASHER ENTERPRISE, BUDNAS PROPERTIES, ZIPCO INC, hereinafter "the racketeers" are persons within the scope of racketeer influenced corrupt organization (RICO) laws who violated RICO laws causing injury to property and business interests of the FATMEH ABDALLAH ESTATE. The racketeers are associated with the enterprises. The racketeers' either participate or have participated in the conduct of the real estate. The participation was through a pattern of racketeering activities resulting in injury to the property and business interests of the FATMEH ABDALLAH ESTATE. The racketeers are connected and bound to the mortgage' enterprise which is a RICO enterprise by reason of records which demonstrate a pattern of activity in violation 18 USC 1961 & 1962. The acts which were committed or aided and abetted by the racketeers were the proximate cause of the FATMEH ABDALLAH ESTATE being defrauded of their rural Texas commercial property and lost profits to their business of

retail store. The frauds committed by the racketeers were reasonably foreseeable or anticipated to result in the financial injury to the FATMEH ABDALLAH ESTATE as a natural consequence. The racketeers pose a threat of continued criminal activity. The racketeers whose role was to aid and abet in predicate acts of fraud was knowing, intentional, and reckless. The racketeers committed or abetted more than two predicate acts rising to a pattern of racketeering; the racketeers directly participate in the conduct of the real estate' enterprise as so-called "officers" of the enterprise. The enterprises' activities affect interstate commerce. The racketeers committed or abetted frauds which were part of a scheme of fraud that would have the foreseeable result of financial injury to the FATMEH ABDALLAH ESTATE property and business interests. The racketeers criminal conduct was merely a footnote in a long history of activities which enable persons like the racketeers to obtain interest in and maintain control of the real estate' enterprise. Without exception, the racketeers had actual knowledge of the falsity of their actions and acted with intent to defraud. Even those aiding and abetting shall be shown to be willfully blind to criminal acts and exhibiting a conscious, reckless disregard for the FATMEH ABDALLAH ESTATE' interests.

Affidavit of TAIEL ABDALLAH

I, TAIEL ABDALLAH, of lawful age and competent to testify, after being first duly sworn, state as follows based on my own personal knowledge:

1. On January 30, 2004, ZIPCO INC. filed a WARRANTY DEED as the GRANTOR and DOMINC LAM GRANTEE, but my mother Fatmeh Abdallah moved back to Jordan in October 2003 and was living there and never sold or gave them permission. **Exhibit A** The legal description of the property:

   Lot 6 & 7, Block 49, Fostepco Subdivision the City of Fort Worth, Tarrant County, Texas, located at 3401 Decatur Ave., Fort Worth, Texas 76206

2. On March 17, 2004, ZIPCO INC. filed a QUIT CLAIM as the GRANTOR and said it was from my mother Fatmeh Abdallah as GRANTEE, but my mother was

moved back to Jordan in October 2003 and was living there and never sold or gave them permission. **Exhibit B** The legal description of the property:

Lot 7-B, Block 12, Trueland, an addition to the City of Fort Worth, Tarrant County, Texas, according to the Plat recorded in Vol. 388-208, page 32 Deed Records of Tarrant County, Texas

3. On February 22, 2009, BudNas Properties filed a WARRANTY DEED as GRANTOR and NASHER ENTERPRISE, INC. as GRANTEE, this was fraud because he did not have legal right as GRANTOR, my mother moved back to Jordan in October 2003 and was living there and never sold or gave them permission to anyone to take her property. **Exhibit C** The legal description of the property:

Lot 6 & 7, Block 49, Fostepco Subdivision the City of Fort Worth, Tarrant County, Texas, located at 3401 Decatur Ave., Fort Worth, Texas 76206

4. On November 5, 2012, NASHER ENTERPRISE, INC A California Corporation filed a WARRANTY DEED as GRANTOR and NASHER ENTERPRISE, LLC A Texas Limited Liability Company as GRANTEE, this was fraud because he did not have legal right as GRANTOR, my mother moved back to Jordan in October 2003 and was living there and never sold or gave them permission to anyone to take her property. **Exhibit D** The legal description of the property:

Lot 6 & 7, Block 49, Fostepco Subdivision the City of Fort Worth, Tarrant County, Texas, located at 3401 Decatur Ave., Fort Worth, Texas 76206

5. Dominic Lam on January 30, 2004, at Fort Worth, Texas, committed fraud by advancing a writing which he signed which he knew was false with the intent that I and others rely on the writing to injure me by depriving me of property and business interests.

6. ZIPCO INC, on March 17, 2004, at Fort Worth, Texas, committed fraud by advancing a writing which he signed which he knew was false with the intent that I and others rely on the writing to injure me by depriving me of property and business interests.

7. BudNas Properties, INC., on February 22, 2009, at Fort Worth, Texas, committed fraud by advancing a writing which he signed which he knew was false with the intent that I and others rely on the writing to injure me by depriving me of property and business interests.

8. NASHER ENTERPRISE, on November 5, 2012, at Fort Worth, Texas, committed fraud by advancing a writing which he signed which he knew was false with the intent that I and others rely on the writing to injure me by depriving me of property and business interests

9. At all times, dealing with all those I have named, it made perfectly clear to me that all of them were part of an enterprise which had no sense of morality, decency, fair play, or ethics whatsoever. All openly and arrogantly proclaim themselves to be false actors operating outside the law.

10. The damages to my property and business interests is at least six million two hundred fifty thousand dollars ($6,250,000.00).

10. The damages to my property and business interests is at least six million two hundred fifty thousand dollars ($6,250,000.00).

1404 Ravenwood Dr.
Arlington TX 76013

Taiel Abdallah

TAIEL ABDALLAH

STATE OF TEXAS INDIVIDUAL ACKNOWLEDGMENT

COUNTY OF TARRANT

Before me, the undersigned, a Notary Public in and for said County and State on this 7th day of August, 2021, personally appeared TAIEL ABDALLAH to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

Given under my hand and seal the day and year last above written.

My commission expires 7-25-2025 Mary Davis Notary Public

NOTARY PUBLIC STATE OF TEXAS
MARY DAVIS
Notary ID #8820886
My Commission Expires
July 25, 2025

# EXHIBIT

# A

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

WARRANTY DEED

STATE OF TEXAS
COUNTY OF TARRANT

KNOW ALL MEN BY THESE PRESENTS:

THAT ZIPCO, INC. ("Grantor"), for the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration paid by the Grantee named below, the receipt and sufficiency of which are acknowledged by Grantor, has GRANTED, SOLD, and CONVEYED, and by these presents does GRANT, SELL, and CONVEY to DOMINIC LAM ("Grantee") the property in Tarrant County, Texas described as follows ("Property"):

Lot 6 &7, Block 49, Fostepco Subdivision, the City of Fort Worth, Tarrant County, Texas, located at 3401 Decatur Ave., Fort Worth, Texas 76206

TO HAVE AND TO HOLD THE PROPERTY, together with all and singular the rights and appurtenances belonging in any way to the Property, to Grantee, his heirs, legal representatives and assigns forever, and Grantor binds themselves and their heirs, legal representatives and assigns to warrant and forever defend all and singular the Property to Grantee, his heirs, legal representatives and assigns against every person lawfully claiming or to claim all or any part of the Property.

Executed this ___30___ day of ___January___, ~~19~~ 2004.

Dominic Lam
6815 Manhattan Blvd
Suite 205
Fort Worth TX 76120

ZIPCO, INC.

By: ____________
Dominic Lam, President

FILED
TARRANT COUNTY TEXAS
2004 APR 23 PM 4: 30
SUZANNE HENDERSON
COUNTY CLERK
BY ____

ACKNOWLEDGMENT

STATE OF TEXAS
COUNTY OF ___TARRANT___

This instrument was acknowledged before me on ___January 30th___, 2004

IN TAING
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
AUGUST 7, 2007

Notary Public for the State of Texas

Unofficial Copy

# EXHIBIT

# B

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

FILED
HENDERSON
COUNTY CLERK
BY

QUITCLAIM

Date: March 17th, 2004

Grantor: ZIPCO, INC.

Grantor's Mailing Address: 6815 Manhattan Blvd., Suite 205 Fort Worth, Texas 76120

Grantee: FATMEH ABDALLAH

Grantee's Mailing Address: 6501 Greenspring Drive, Arlington, TX 76016

Consideration: Cash and other good and valuable consideration paid from Grantee's separate property.

Property (including any improvements): Lot 7-R, Block 12, Trueland, an addition to the City of Fort Worth, Tarrant County, Texas, according to the Plat recorded in Vol. 388-208, Page 32, Deed Records of Tarrant County, Texas.

For the Consideration, Grantor quitclaims to Grantee all of Grantor's right, title, and interest in and to the Property, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Neither Grantor nor Grantor's heirs, successors, or assigns will have, claim, or demand any right or title to the Property or any part of it.

When the context requires, singular nouns and pronouns include the plural.

Zipco, Inc.

By ______________________
Dominic Lam, President

STATE OF TEXAS )
COUNTY OF TARRANT )

This instrument was acknowledged before me on March 17th, 2004 by Dominic Lam, President of Zipco, Inc., a Texas corporation, on behalf of said corporation.

IN TAYLOR NOTARY PUBLIC STATE OF TEXAS COMMISSION EXPIRES: AUGUST 7, 2007

______________________
Notary Public, State of Texas

1k Jordan in 2004

Unofficial Copy

# EXHIBIT

# C



# WARRANTY DEED

**Date:** February 22, 2009

**Grantor:** BudNas Properties, Inc., a Texas corporation

**Grantor's Mailing Address:**

Post Office Box 1513
Lake Elsinore, Riverside County, CA 92531

**Grantee:** Nasher Enterprise, Inc. a California corporation

**Grantee's Mailing Address:**

Post Office Box 1513
Lake Elsinore, Riverside County, CA 92531

**Exceptions to Warranty:**

FURTHER, OTHER THAN THE REPRESENTATIONS AND WARRANTIES CONTAINED HEREIN, GRANTOR MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, AS TO ANY AND ALL MATTERS PERTAINING TO THTE CONDITION OF THE REAL PROPERTY OR IMPROVEMENTS CONVEYED, ITS FITNESS FOR ANY PARTICULAR USE OR PURPOSE, ITS COMPLAINACE WITH ANY LAW, ORDINANCE, RULE OR REGULATION PERTAINING THERETO, NOR AS TO THE PRESENCE OR ANSENCE OF HAZARDOUS SUBSTANCE, CHEMICAL POLLUTIO, HYDROCARBON CONTAMINATION OR ANY OTHER CONDITION WHICH MIGHT HAVE OR MAY IN THE FUTURE CASUSE THE PROPERTY OR ANY PART THEREOF TO BE IN VIOLATION OF ANY FEDERAL, STATE OT LOCAL ENVIRONMENTAL PROTECTION LAW, ORDINANCE, RULE OR REGULATION, THE PROPETY. IN ITS ENTORETY, BEING CONVEYED "AS IS", "WHERE IS" AND "WITHOUT WARRANT."

**Reservations from Conveyance:**

Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded instruments other than liens and conveyances, covenants, conditions, mineral severances, and reservations that affect the property, and property taxes for the current and subsequent years the payment of which Grantee assumes.

**Property (including any improvements):**

Lots 6 and 7 Block 49 of Fostepco Heights Addition, an addition to the City of Fort Worth, Tarrant County, Texas, according to the plat thereof recorded in Volume 204-A Page 126, Plat Records of Tarrant County.

**Consideration:**

The sum of TEN AND 00/100 and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty. When the context requires, singular nouns and pronouns include the plural.

BudNas Properties, Inc.

By: [signature]
Abdul Nasher, President

(**Corporate Acknowledgment**)

**STATE OF TEXAS**
**COUNTY OF DALLAS**

This instrument was acknowledged before me on April 14, 2009, by **Abdullah Nasher**, of **BudNas Properties, Inc.**, a corporation, on behalf of said corporation.

[signature]
Notary Public, State of Texas
My commission expires on:
10-24-2011

LAWRENCE BALLARD
Notary Public, State of Texas
My Commission Exp. 10-24-2011



TARRANT COUNTY TEXAS

TEXESCROW
13101 PRESTON RD #501

DALLAS TX 75240

Submitter: TEXESCROW

---

**SUZANNE HENDERSON**
**TARRANT COUNTY CLERK**
**TARRANT COUNTY COURTHOUSE**
**100 WEST WEATHERFORD**
**FORT WORTH, TX 76196-0401**

***DO NOT DESTROY***
***WARNING - THIS IS PART OF THE OFFICIAL RECORD.***

Filed For Registration: 05/06/2009 11:41 AM
Instrument #: D209120682
WD 3 PGS $20.00
By:

D209120682

**ANY PROVISION WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.**

Printed by: CN

# EXHIBIT

# D

**WARRANTY DEED**

**Date:** November 5, 2012

**Grantor:** Nasher Enterprise, Inc. A California Corporation

**Grantor's Mailing Address:**

17941 Lost Canyon Rd STE 1 Canyon County, Los Angeles County, CA 91387

**Grantee:** Nasher Enterprise, LLC. A Texas limited liability Company

**Grantee's Mailing Address:**

106 N. Denton Tap Rd Ste 210-124 Coppell, Denton County, TX 75019

**Exceptions to Warranty:**

FUTHER, OTHER THAN THE REPRESENTATIONS AND WARRANTIES CONTAINED HEREIN, GRANTOR MAKES NO REPRESENATIONS OR WARRANTIES, EXPRESS OR IMPLIED, AS TO ANY AND ALL MATTERS PERTAINING TO THE CONDITION OF THE REAL PROPERTY OR IMPROVEMENTS CONVEYED, ITS FITNESS FOR ANY PARTICULAR USE OR PURPOSE, ITS COMPLAINACE WITH ANY LAW, ORDINANCE, RULE OR REGULATION PERTAINING THERETO, NOR AS TO THE PRESENCE OR ANSENCE OF HAZARDOUS SUBSTANCE, CHEMICAL POLLUTION, HYDROCARBON CONTAMINATION OR ANY OTHER CONITION WHICH MIGHT HAVE OR MAY IN THE FUTURE CAUSE THE PROPERTY OR ANY PART THEREOF TO BE IN VIOLATION OF ANY FEDERAL, STATE OR LOCAL ENVIROMENTAL PROTECTION LAW, ORDINANCE, RULE OR REGULATION, THE PROPERTY. IN ITS ENTIRETY, BEING CONVEYED "AS IS", "WHERE IS" AND "WITHOUT WARRANT."

**Reservations from Conveyance:**

Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded instruments other than liens and conveyances, covenants, conditions, mineral severances, and reservations that affect the property, and property taxes for the current and subsequent years the payment of which Grantee assumes.

**Property (including any improvements):**

Lots 6 and 7 Block 49 of Fostepco Heights Addition, an addition to the city of Fort Worth, Tarrant county, Texas, according to the plat thereof recorded in Volume 204-A Page 126, Plat Records of Tarrant County.

**Consideration:**

The sum of TEN and 00/100 and other good and valuable consideration, the receipt and valuable consideration, the receipt and sufficiency of which is hereby acknowledged.

Grantor, for the Consideration and subject to the Reservations from conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from conveyance and the Exceptions to Conveyance and Warranty. When the context requires, singular nouns and pronouns include the plural.

**Nasher Enterprise, Inc.**

By: [signature]
Abdullah Nasher, President

**(Corporate Acknowledgment)**

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

This instrument was acknowledged before me on Nov. 5, 2012, by **Abdullah Nasher**, of **Nasher Enterprise, Inc.**, a corporation, on behalf of said corporation.

ELVINA C. LACY
Commission # 1848220
Notary Public - California
Los Angeles County
My Comm. Expires Apr 25, 2013

Elvina C. Lacy
Notary Public, State of California
My commission expires on:
Apr. 25, 2013

MARY LOUISE GARCIA

COUNTY CLERK

100 West Weatherford Fort Worth, TX 76196-0401

PHONE (817) 884-1195

NASHER ENTERPRISE LLC
17941 LOST CANYON RD#1
CANYON COUNTY, CA 91387

Submitter: NASHER ENTERPRISES INC

***DO NOT DESTROY***
***WARNING - THIS IS PART OF THE OFFICIAL RECORD.***

Filed For Registration: 11/8/2012 11:36 AM

Instrument #: D212276256

WD 3 PGS $20.00

By: Mary Louise Garcia

D212276256

ANY PROVISION WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

Prepared by: MGSALAZAR

# EXHIBIT

# E

*FATMEH ABDALLAH ESTATE*
*1805 AUGUSTA DR*
*FORT WORTH, TX 76120*
*FIRST DEMAND*

**Invoice No.** 3743

# INVOICE

**Customer**

Name
Address
City State ZIP
Phone

**Misc**

Date 8/6/2021
Order No.
Rep
FOB

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | FINAL Demand For Payment - ZIPCO INC | $ 1,250,000.00 | $ 1,250,000.00 |
| 1 | FINAL Demand For Payment - DOMINIC LAM | $ 1,250,000.00 | $ 1,250,000.00 |
| 1 | FINAL Demand For Payment - BUDNAS PROPERTIES | $ 1,250,000.00 | $ 1,250,000.00 |
| 1 | FINAL Demand For Payment - NASHER ENTERPRISE INC - CA | $ 1,250,000.00 | $ 1,250,000.00 |
| 1 | FINAL Demand For Payment - NASHER ENTERPRISE INC - TX | $ 1,250,000.00 | $ 1,250,000.00 |
| | | SubTotal | $ 6,250,000.00 |
| | | Shipping | |
| | | Tax Rate(s) | |
| | | TOTAL | $ 6,250,000.00 |

**Payment** Select One...

Comments
Name
CC #
Expires

Office Use Only

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Fatmeh Abdallah Estate Taiel Abdallah

**DEFENDANTS** NASHER ENT, LLC TX Nasher Ent, INC, C[illegible] BUDNAS PROPERTY ZIPCO INC DOMINIC CAM

**(b)** County of Residence of First Listed Plaintiff TARRANT *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant TARRANT *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

4-21CV0958-O

RECEIVED AUG 12 2021 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 18 USC 1964(a)

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE DOCKET NUMBER

DATE 8/12/2021 SIGNATURE OF ATTORNEY OF RECORD Jacqueline Cort for Taiel Abdallah

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE