IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TAIEL ABDALLAH, et al., | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:21-cv-00958-O-BP |
| NASHER ENTERPRISE, et al., | § § § | |
| Defendants. | § | |

### ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 14), issued on November 22, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DENIES** the Motion for Extension and **DISMISSES** this case **WITHOUT PREJUDICE**.

**SO ORDERED** on this **2nd day** of **February, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE